UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE LYNN TRUMBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:15-cv-0929 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt.5 ; Consent to Proceed Before a United States Magistrate Judge, Dkt. 9). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees (*see* Dkt. 19).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 19), the attorney declaration and time and expense itemizations (Dkt. 19, Attachments 1, 2), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of

$2,978.36 shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).

The Acting Commissioner agrees to contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Brock D. Stiles, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Declaration of Plaintiff, Dkt. 19, Attachment 3). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see, e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Brock D. Stiles, Esq., at Stiles Law Inc., P.S., P.O. Box 228, 925 Metcalf Street, Sedro Woolley, WA 98284.

Dated this 20th day of January, 2016.

J. Richard Creatura
United States Magistrate Judge